[No. 25219-4-I.   Division One.   August 26, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK
ANTHONY WILSON, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-1-00688-4, John E. Rutter, Jr., J.,

entered October 26, 1989. *Reversed* by unpublished opinion per Grosse, C.J., concurred in by Scholfield and Kennedy, JJ.